# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Leonard O'Brien Parker, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 2:13-cv-00010 |
| | ) | [2:06-cr-00002] |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2013 Memorandum of Decision and Order.

August 16, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court